1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, Ronald Ditlevson

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:14-mj-00018-BAM |

12 |            Plaintiff, | |

13 |       v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING TO** |

14 | RONALD DITLEVSON, | **FEBRUARY 18, 2014;  ORDER THEREON** |

15 |            Defendant. | |

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Preliminary Hearing in the above captioned matter
   set for February 14, 2014, **be continued to February 18, 2014, at 1:30 P.M appearing before**
19 **the Honorable Gary S. Austin.**

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                                                                                    1

The parties agree to waive the time by which a preliminary hearing must be held and that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  February 6, 2014                    /S/ Carol Ann Moses
                                            CAROL ANN MOSES
                                            Attorney for Defendant,
                                            RONALD DITLEVSON

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:  February 6, 2014                    /s/ Kathleen Servatius
                                            KATHLEEN SERVATIUS
                                            Assistant United States Attorney

ORDER

**IT IS SO ORDERED that Preliminary** for February 14, 2014 at 1:30 p.m. before Judge McAuliffe, is continued to **February 18, 2014, at 1:30 P.M before the Honorable Gary S. Austin.  P**arties agree to waive the **time** by which a preliminary hearing be held  and Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

Dated**:    Feburary 6, 2014**                    /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

2